

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROMUALDO CARO, <br> Defendant. | Cr. No. 03-2303GT <br><br> **ORDER** |

On October 6, 2008, Defendant, Romualdo Caro ("Mr. Caro"), filed a Motion to Correct Sentence pursuant to § 2D1.1 of the United States Sentencing Guidelines. Mr. Caro has completed his sentence in this case. Accordingly,

**IT IS ORDERED** that Mr. Caro's Motion is Dismissed as **MOOT.**

**IT IS SO ORDERED.**

3-12-13
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel